**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

### HELEN CLARK, Appellant

### V.

### THE BANK OF NEW YORK MELLON, Appellee

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-04514-B

## ORDER

On July 29, 2013, appellant filed an affidavit of indigence in the trial court. The Dallas County Clerk filed a contest to the affidavit. The trial court held a hearing and signed an order on August 9, 2013 denying the contest. Accordingly, appellant is allowed to proceed without advance payment of costs.

We order John Warren, County Clerk of Dallas County, Texas, to file the clerk's record, **WITHIN THIRTY DAYS** of the date of this order. We order Lanetta Williams, Official Court Reporter for County Court at Law. No. 2 of Dallas County, Texas, to file, **WITHIN THIRTY DAYS** of the date of this order, either: (1) the reporter's record; or (2) written verification that appellant has not requested the reporter's record. *We notify appellant that if we receive notification of no request, the appeal will be submitted without a reporter's record.*

We **DIRECT** the Clerk of this Court to send a copy of this order by first-class mail to appellant and by electronic transmission, to John Warren, Lanetta Williams, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
          JUSTICE